CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 8 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH JAMES WEST,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12-cv-00439 |
| v. | )<br>) | **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL,<br>    Defendant. | )<br>)<br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that West's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Clerk is **DIRECTED** to strike this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 26th day of September, 2012.

United States District Court